THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ONEITA

KNITTING MILLS, INC., Appellant.— Judgment of conviction and order reversed and new trial granted. Held, that the certificate purporting to be the birth certificate of Elizabeth Torchia, who was employed by the defendant, was improperly received in evidence. (*People* v. *Todoro*, 224 N. Y. 129.) All concurred.

